BETTY GENE FRENCH, Executrix of the Estate of
James Benjamin French, aka James B. French,
Appellant, *v.* LIONEL SAWYER COLLINS &
WARTMAN and JAMES E. ORDOWSKI, Respond-
ents.

No. 8029

February 20, 1976                                   546 P.2d 597

[Rehearing denied March 25, 1976]

*R. Paul Sorenson,* of Las Vegas, for Appellant.

*Lionel Sawyer Collins & Wartman* and *James E. Ordowski,*
of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

Appellant, executrix of the estate of her deceased husband,
appeals the award of two separate attorneys' fees to attorneys
who represented her to settle the estate. Acrimony between
counsel and client arose because of her refusal to follow their
advice in connection with certain matters concerning the pro-
bate. They withdrew as counsel prior to completion of final
settlement and petitioned for allowance of their fees for serv-
ices performed to the date of their withdrawal.

The executrix appeals the award of the trial court on the

grounds that the award was premature because the estate had not yet been fully settled, that the court failed to hear all of the evidence bearing on the reasonableness of the fees and that the fees were excessive.

None of the contentions have merit. The evidence in the record reflects that the total sum of $14,177.50 was specifically divided between the two different attorneys for services performed on behalf of an estate valued in excess of $130,000.00. The fees were reasonable, were commensurate with the extensive services performed by the attorneys and were awarded timely in accordance with the provisions of NRS 150.060(2).[1]

Affirmed.

---

[1]NRS 150.060(2), which subsequently has been amended, provided: *Any* attorney who has rendered services to an executor or administrator *at any time* after the issuance of letters testamentary or letters of administration, and upon such notice to the executor or administrator and to the persons interested in the estate as the court or a judge thereof shall require, may apply to the court for an allowance upon his fees. On the hearing, the court shall make an order requiring the executor or administrator to pay such attorney out of the estate such compensation, on account of the services rendered *up to that time* as the court shall deem proper, and such *payment shall be made forthwith.* (Emphasis added.)